FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 0 9 2001

JAMES W. McCORMACK, CLERK
By: _____
                    DEPT. CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

CYNTHIA BOONE, Individually and as
Next Friend of ASHLEY BOONE                                          PLAINTIFF

v.          Case No. 4-01-CV-00685 SWW

STATE OF ARKANSAS, DEPARTMENT OF HEALTH
and CABOT SCHOOL DISTRICT                                            DEFENDANTS

## MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

Comes the Plaintiff, and for her Motion for Temporary Restraining Order and/or Preliminary Injunction, states as follows:

1. This is an action for the enforcement of constitutional rights brought pursuant to 42 U.S.C. §1983. The Plaintiff, specifically, challenges the constitutionality of A.C.A. §6-18-702 and the rules and regulations which have been promulgated thereunder in the form of an Application for Religious Exemption to the mandatory immunization requirements of said statute. The Application for Religious Exemption is attached hereto and incorporated herein as Exhibit "A." The Affidavit of Cynthia Boone is attached hereto and incorporated herein as Exhibit "B." The letter submitted by Cynthia Boone concerning her religious beliefs and demand that Ashley Boone be permitted to attend the Cabot School District is attached hereto as Exhibit "C." The Response to Cynthia Boone's letter by the State of Arkansas, Department of Health dated October 8, 2001 is attached hereto as Exhibit "D."

2. Both Cynthia Boone and Ashley Boone will suffer irreparable harm if Ashley

Boone is not allowed to immediately begin attending the Cabot School District because Ashley Boone will be deprived of an education. Both Cynthia Boone and Ashley Boone will suffer irreparable harm if they continue to be denied the free exercise of religion. Both Cynthia Boone and Ashley Boone will be irreparably harmed if the State of Arkansas, Department of Health and the Cabot School District are allowed to continue to promote "recognized religions" in violation of the Establishment Clause of the First Amendment.

3. A Brief in Support is being contemporaneously filed.

WHEREFORE, the Plaintiff prays that a Temporary Restraining Order be immediately issued affirmatively requiring the Cabot School District to admit Ashley Boone; that the absences to date of Ashley Boone be directed to have been "excused" absences for the purpose of the absentee rules of the Cabot School District; that the Court issue such other declaratory relief as may be necessary to enforce or in support of its Temporary Restraining Order; that this Court preliminarily enjoin the State of Arkansas, Department of Health and Cabot School District, from enforcing A.C.A. §6-18-702(d)(2), said provision requiring a religious exemption only on the basis of membership in a "recognized religion," and any rules or regulations adopted pursuant thereto; that this Court should issue its Temporary Restraining Order or Preliminary Injunction enjoining the enforcement provisions of A.C.A. §6-18-702 including criminal penalties, and for all other proper relief.

Respectfully submitted,

PRYOR, ROBERTSON
    & BARRY, PLLC
315 North 7th Street
P.O. Drawer 848
Fort Smith, AR 72902-0848

By: _____
Gregory T. Karber
Ark. Bar No. 79110
Attorney for Plaintiff

_____
Robert T. Moxley #5-1726
GAGE & MOXLEY
623 West 20th Street
Post Office Box 1223
Cheyenne, Wyoming 82003
(307) 632-1112
Attorney for Plaintiff

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

*Exhibits Attached to Original Document in Courts's Case File*