

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 11 2001

JAMES W. McCORMACK, CLERK
By:_____
                                    DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### LITTLE ROCK DIVISION

CYNTHIA BOONE, Individually and as
Next Friend of ASHLEY BOONE                                      PLAINTIFF

v.                    Case No. 4:01CV00685SWW

STATE OF ARKANSAS, DEPARTMENT OF HEALTH
and CABOT SCHOOL DISTRICT                                        DEFENDANTS

### AFFIDAVIT PURSUANT TO RULE 65(b)
### OF PLAINTIFF'S ATTORNEY

Comes Plaintiff's attorney, pursuant to Rule 65(b), and states as follows:

1. On behalf of the Plaintiff, I notified the State of Arkansas, Department of Health, together with the Cabot School District, on Friday, October 5, 2001 that a lawsuit challenging the religious exemption to mandatory vaccination would be filed on Tuesday, October 9, 2001 if the minor child, Ashley Boone, was not admitted to school on the morning of October 9, 2001.

2. On October 8, 2001, at approximately 4:30 p.m., the undersigned notified Mr. Robert Brech, Associate Counsel, State of Arkansas, Department of Health, that the Plaintiff would seek a Temporary Restraining Order on October 9, 2001.

3. At approximately 3:35 p.m. on October 9, 2001, Plaintiff faxed the Complaint, Motion for Temporary Restraining Order/Preliminary Injunction, and Brief in Support to Mr. Robert Brech which were filed by Federal Express in the United States District Court on October 9, 2001.

4. The Plaintiff has yet to perfect service upon the State of Arkansas, Department of

Health or the Cabot School District, but has taken the foregoing steps to notify the separate Defendants of the Plaintiff's request for a Temporary Restraining Order.

5. Pursuant to Rule 65, Fed. R. Civ. Pro., further notice should not be required for the reasons set forth in the Complaint, Motion for Temporary Restraining Order and/or Preliminary Injunction, and Brief in Support of Motion for Temporary Restraining Order and/or Preliminary Injunction, together with the exhibits attached thereto, and the Court should grant Plaintiff's requested Temporary Restraining Order.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this ___ day of October, 2001.

Gregory T. Karber
Ark. Bar No. 79110
PRYOR, ROBERTSON
    & BARRY, PLLC
315 North 7th Street
P.O. Drawer 848
Attorney for Plaintiff

## ACKNOWLEDGMENT

STATE OF ARKANSAS )
) ss.
COUNTY OF Sebastian )

On this 10th day of October, 2001, before me, the undersigned Notary Public, personally appeared Gregory T. Karber, known to me to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

*Pam Brewer*
Notary Public

My Commission Expires:
9-10-05
(Seal)