

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

OCT 11 2001

JAMES W. McCORMACK, CLE
By:_____
DEP CL

CYNTHIA BOONE, Individually, and as
Next Friend of ASHLEY BOONE

v.                                          NO. 4:01CV00685 SWW

STATE OF ARKANSAS, ET AL

### NOTICE OF HEARING AND SCHEDULING ORDER

A hearing on plaintiff's motion for temporary restraining order and/or preliminary injunction will commence at *9:30 a.m.* on *Monday, October 15, 2001*, in Courtroom #530 of the United States Courthouse Building, Fifth Floor, 600 West Capitol, in Little Rock, Arkansas, before the Honorable Susan Webber Wright, Chief Judge, United States District Court.

If counsel for the parties desire the Court to examine any documents pertaining to this matter, those documents shall be submitted to the Court *no later than 12:00 noon on Friday, October 12, 2001*, along with a list of any witnesses expected to be called at the hearing and a list of proposed exhibits.

Counsel for plaintiff is directed to serve this Notice on defendants immediately.

IT IS SO ORDERED this ___11___ day of October, 2001.

_____
SUSAN WEBBER WRIGHT
Chief United States District Judge

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
BY _____

loj

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

October 11, 2001

* * MAILING CERTIFICATE OF CLERK * *

Re:   4:01-cv-00685.

True and correct copies of the attached were mailed by the clerk to the
following:      press, file

      Gregory T. Karber, Esq.
      Pryor, Robertson & Barry, PLLC
      Post Office Drawer 848
      Fort Smith, AR  72902-0848

James W. McCormack, Clerk

Lorna Jones

Date: _____10/11/01_____          BY: _____