**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN    DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 15 2001

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| | |
|---|---|
| CYNTHIA BOONE, Individually and as<br>Next Friend of ASHLEY BOONE,<br>Plaintiff | * <br> * <br> * <br> * |
| | * |
| VS. | * |
| | * |
| STATE OF ARKANSAS,<br>DEPARTMENT OF HEALTH and<br>CABOT SCHOOL DISTRICT<br>Defendants | * <br> * <br> * <br> * <br> * <br> * |

No. 4:01CV00685 SWW

## ORDER

On October 15, 2001, the Court held a hearing on plaintiff's motion for temporary

restraining order and/or preliminary injunction. Representatives of all parties were present and

heard. After considering the factors set forth in *Dataphase Systems, Inc. v. CL Systems, Inc.*, 640

F.2d 109 (8th Cir. 1981), and for the reasons stated at the hearing, the Court finds that plaintiff's

motion for preliminary injunction should be GRANTED, as follows:

Defendants are enjoined from preventing Ashley Boone from attending school because

she has not received a Hepatitis-B vaccination. This injunction shall be in effect until the

conclusion of the current school semester in December, 2001. The Court will revisit this issue at

that time if necessary.

IT IS SO ORDERED THIS 15th DAY OF OCTOBER, 2001

_____
CHIEF JUDGE
UNITED STATES DISTRICT COURT

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE



F I L E   C O P Y

vjt

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325


October 16, 2001


* * MAILING CERTIFICATE OF CLERK * *


Re:  4:01-cv-00685.


True and correct copies of the attached were mailed by the clerk to the
following:

        Gregory T. Karber, Esq.
        Pryor, Robertson & Barry, PLLC
        315 North Seventh Street
        Post Office Drawer 848
        Fort Smith, AR  72902-0848

        Robert T. Moxley, Esq.
        Gage & Moxley
        623 West 20th Street
        Post Office Box 1223
        Cheyenne, WY  82003

        Robert Michael Brech, Esq.
        Arkansas Department of Health
        4815 West Markham
        Slot 31
        Little Rock, AR  72205-3867

        cc: press


                                        James W. McCormack, Clerk

        10/16/01                              V. Turner
Date: _____        BY: _____