## ORDER

Now before the Court is plaintiff's motion to add "official capacity" defendants and clarify prayer for relief. The Court construes plaintiff's motion as a motion to amend, as plaintiff seeks to alter the caption of the complaint and prayer for relief. Accordingly, this Court DENIES WITHOUT PREJUDICE plaintiff's motion for failure to comply with Local Rule 5.5(e).

IT IS SO ORDERED THIS 10 DAY OF JANUARY, 2002

_____
CHIEF JUDGE
UNITED STATES DISTRICT COURT

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 1\11\02 BY _____

William Clay Brazil, Esq.
Brazil, Adlong & Winningham
719 Harkrider
Suite 201
Conway, AR   72032

James W. McCormack, Clerk

Date: 1/11/02          BY: Lorna Jones