# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

FILED
U.S. DISTRICT COURT
FASTERN DISTRICT ARKANSAS

MAR 3 1 2004

JAMES W. McCORMACK, CLERK
By:_____
　　　　　　　　　　DEP CLERK

No. 02-3035

4:01CV00685
4:01 CV 00760

| | |
|---|---|
| Dan McCarthy, as Parent and as Next Friend of his Minor Daughter,<br><br>　　　　Plaintiff - Appellant,<br><br>v.<br><br>Ozark School District; Faye Boozman, in his Official Capacity as Director, State of Arkansas Department of Health; John Doe, 1 through 20, in their Official Capacities as Agents, Servants, Employees or Officials of the State of Arkansas, Department of Health,<br><br>　　　　Defendants - Appellees. | *<br>*<br>*<br>*<br>*<br>*  Appeal from the United States<br>*  District Court for the Western<br>*  District of Arkansas.<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

No. 02-3094

Shannon Law, as Parent and Legal　　　*
Guardian of her Minor Children Joey　*
Law, Rob Law, and Claire Law;　　　　*
　　　　　　　　　　　　　　　　　　 *
　　　　Plaintiff,　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　 *

81

| | |
|---|---|
| Susan Brock, as Parent and Legal Guardian of her Minor Children Harley Brock, Mason Brock, Kathrine Brock and Michael Jarrell,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br><br>Fay W. Boozman, in his Official Capacity as Director of the Arkansas Department of Health; Cutter Morning Star School District; Lake Hamilton School District; Raymond Simon, in his Official Capacity as Director of the Arkansas Department of Education,<br><br>      Defendants - Appellees. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*  Appeal from the United States<br>*  District Court for the Eastern<br>*  District of Arkansas.<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

No. 02-3104

| | |
|---|---|
| Cynthia Boone, Individually and as Next Friend of Ashley Boone,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br>Cabot School District; Fay Boozman, in his Official Capacity as the Director of the Arkansas Department of Health; John Doe, 1 through 20, in their Official Capacities as Agents, Servants, | *<br>*<br>*<br>*<br>*<br>*  Appeal from the United States<br>*  District Court for the Eastern<br>*  District of Arkansas.<br>*<br>*<br>*<br>*<br>* |

| | |
|---|---|
| Employees or Officials of the State of Arkansas, Department of Health, | *<br>*<br>* |
| Defendants - Appellees. | * |

No. 02-3195

| | | |
|---|---|---|
| Shannon Law, as Parent and Legal Guardian of her Minor Children Joey Law, Rob Law, and Claire Law, | *<br>*<br>*<br>* | |
| Plaintiff, | *<br>* | |
| Susan Brock, as Parent and Legal Guardian of her Minor Children Harley Brock, Mason Brock, Kathrine Brock, and Michael Jarrell, | *<br>*<br>*<br>*<br>* | Appeal from the United States District Court for the Eastern District of Arkansas |
| Plaintiff - Appellee | *<br>* | |
| v. | *<br>* | |
| Fay W. Boozman, in his Official Capacity as Director of the Arkansas Department of Health, | *<br>*<br>*<br>* | |
| Defendant, | *<br>* | |
| Cutter Morning Star School District; Lake Hamilton School District, | *<br>*<br>* | |
| Defendants - Appellants, | *<br>* | |
| Raymond Simon, in his Official | * | |

|  |  |
|---|---|
| Capacity as Director of the Arkansas Department of Education, | *<br>*<br>* |
| Defendant. | * |

## JUDGMENT

These appeals from the United States District Court were submitted on the record of the district court, briefs of the parties and were argued by counsel.

After consideration, it is hereby ordered and adjudged that all pending claims are dismissed as moot in accordance with the opinion of this Court.

(5172-010199)

March 8, 2004

Order Entered in Accordance with Opinion:

*/s/ Michael E. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: */s/ Michael E. Gans*